15042. · OWEN *v.* MOSELEY, for use, etc.

STEPHENS, J. Under the ruling of the Supreme Court in answer to a certified question propounded in this case (161 *Ga.* , 129 S. E. 787), the superior court erred in striking the answer of the garnishee,

which was filed on the first day of the third term of the court after it was returnable, before the case was called and before there was a motion by the plaintiff to enter judgment against the garnishee for the amount of a judgment rendered against the principal debtor at the second term.

*Judgment reversed. Jenkins, P. J., and Bell, J., concur.*

DECIDED OCTOBER 17, 1925.

Garnishment; from Henry superior court—Judge Searcy. July 2, 1923.

*E. M. Smith,* for plaintiff in error. *Reagan & Reagan,* contra.